# EXHIBIT B

## BAYSIDE FIRE PROTECTION, L.L.C.: W05743018

>  **Notice** 
>
> Certain online expedited fees were waived in April to make it easier for forfeited businesses to regain good standing status. Please be advised that effective 8:00am EST on October 1st, these expedited fees will no longer be waived and all documents submitted online will again be subject to an expedited filing fee.
>
> Please be aware of an **ongoing scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.
>
> **Coronavirus (COVID-19) resources for businesses:** https://businessexpress.maryland.gov/coronavirus

**Department ID Number:**

W05743018

**Business Name:**

BAYSIDE FIRE PROTECTION, L.L.C.

**Principal Office:**

SUITE B

7640 INVESTMENT COURT

OWINGS MD 20736-3149

**Resident Agent:**

DARREN M. HELWIG

SUITE B

7640 INVESTMENT CT

OWINGS MD 20736

**Status:**

ACTIVE

**Good Standing:**

THIS BUSINESS IS IN GOOD STANDING

**Business Type:**

DOMESTIC LLC

**Business Code:**

20 ENTITIES OTHER THAN CORPORATIONS

**Date of Formation/ Registration:**

03/28/2000

**State of Formation:**

MD

**Stock Status:**

N/A

**Close Status:**

N/A