IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **BAYSIDE FIRE PROTECTION, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| **EVEREST INDEMNITY INSURANCE COMPANY.** | ) Civil Action No.: 8:20-cv-02794 |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Bayside Fire Protection, LLC and Defendant Everest Indemnity Insurance Company, by counsel, hereby stipulate and agree that this action shall be dismissed with prejudice.

DATED: May 3, 2022

| **BAYSIDE FIRE PROTECTION, LLC** | **EVEREST INDEMNITY INSURANCE COMPANY** |
|---|---|
| /s/ Frank J. Emig<br>Frank J. Emig, Esq. (MD No.: 7512010082)<br>P.O. Box 15017<br>Silver Spring, MD 20914<br>Tel: (301) 345-7002<br>frankemig@msn.com<br>*Counsel for Bayside Fire Protection, LLC* | /s/ John B. Mumford, Jr.<br>John B. Mumford, Jr. (MD Bar No.: 21564)<br>Kyle René (MD Bar No.: 19093)<br>Hancock, Daniel & Johnson, P.C.<br>4701 Cox Rd., Suite 400<br>Glen Allen, Virginia 23060<br>jmumford@hancockdaniel.com<br>krene@hancockdaniel.com<br>Telephone: (804) 967-9604<br>Facsimile: (804) 967-9888<br>*Counsel for Everest Indemnity Insurance Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Frank J. Emig, Esq. (MD No.: 7512010082)
>P.O. Box 15017
>Silver Spring, MD 20914
>Tel: (301) 345-7002
>frankemig@msn.com
>*Counsel for Bayside Fire Protection, LLC*

>/s/John B. Mumford, Jr.
>John B. Mumford, Jr. (MD Bar No.: 21564)
>Kyle René (MD Bar No.: 19093)
>Hancock, Daniel & Johnson, P.C.
>4701 Cox Road, Suite 400
>Glen Allen, Virginia 23060
>jmumford@hancockdaniel.com
>krene@hancockdaniel.com
>Telephone: (804) 967-9604
>Facsimile:  (804) 967-9888
>*Counsel for Everest Indemnity Insurance Company*